UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Ronald Dwayne Whitfield | § | |
| | § | |
| v. | § | C.A. NO. C-06-42 |
| | § | |
| Texas Board of Criminal Justice, et al. | § | |

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

On April 21, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 15). Objections were filed (D.E. 16). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's motion for permission to file suit (D.E. 2, D.E. 5) is denied. Plaintiff's action is hereby dismissed without prejudice. Plaintiff's motion for a preliminary injunction (D.E. 2), motion for a temporary restraining order (D.E. 2), motion for order to show cause (D.E. 4, 5), motion for release from custody (D.E. 8), motion for prompt disposition of current motions (D.E. 9), and motion to dismiss (D.E. 12) are all denied as moot.

ORDERED this ____3____ day of ____August____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE