UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD DWAYNE WHITFIELD | § | |
|     TDCJ-CID #683064 | § | |
| | § | |
| V. | § | C.A. NO. C-06-042 |
| | § | |
| TEXAS BOARD OF CRIMINAL JUSTICE | § | |

## ORDER

Plaintiff has filed a pleading in which he (1) accuses the Clerk of the Court of "removing up to 20 pages of the notice of appeal" and "suppressing evidence" from the appellate record, and requests that the missing pages be returned (D.E. 26). He also asks that the appeal of this case be consolidated with the appeal of Miscellaneous Case No. 06-041. (Id.) He then goes on to address the judges of the Court as "Dear Mama and Daddy," despite a previous warning that such conduct was disrespectful and contemptuous. (See D.E. 24).

There is no substance to plaintiff's allegation concerning the missing pages of his notice of the appeal. Plaintiff's motion is frivolous and fanciful, and it is denied. In any event, as is always the case, after plaintiff pays the appellate filing fee, the entire record will be sent to the Fifth Circuit Court of Appeals. Plaintiff is also free to purchase copies of docketed pleadings and may contact the Clerk to do so.

Plaintiff's motion to consolidate appeals is likewise denied. Plaintiff has failed to demonstrate how consolidation would aid in the administration of his appeals. Accordingly, the relief requested in plaintiff's motion (D.E. 26) is DENIED.

ORDERED this 4th day of October, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE